

<div style="text-align: right;">
Thomas M. Kenny  
Direct Dial: (973) 232-0890  
tkenny@spiroharrison.com
</div>

March 3, 2021

**VIA CM/ECF**

Hon. Michael A. Shipp, U.S.D.J.
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** *Zirvi v. U.S. National Institutes of Health, et al.*, Civ. No. 20-7648 (MAS)(DEA)

Dear Judges Shipp and Arpert:

    We represent plaintiff in the above-referenced matter.  Pursuant to the Court's January 12, 2021 scheduling order (ECF #29), plaintiff will be filing its opposition to defendants' and intervenor-defendant's motions for summary judgment on or before March 12, 2021.  Plaintiff intends to file one joint brief in opposition to both motions, and respectfully requests that the Court increase the page limit for plaintiff's opposition brief to 50 pages from the 40-page limit set forth in Local Civil Rule 7.2(d).  Both defendants and intervenor-defendant have consented to plaintiff's request to increase the page limit in its forthcoming opposition brief.

    We thank the Court for its consideration of this matter.

<div style="margin-left: 50%;">
Respectfully Submitted,  
/s/ Thomas M. Kenny  
Thomas M. Kenny
</div>

cc:    All Counsel of Record (via CM/ECF)

So Ordered this 4th day of March, 2021.

_____
**Honorable Michael A. Shipp, U.S.D.J.**