**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MONIB ZIRVI, M.D., PH.D, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES NATIONAL INSTITUTES OF HEALTH, et al., <br><br> *Defendants,* <br><br> and <br><br> ILLUMINA, INC. <br><br> *Defendant – Intervenor.* | Case No. 3:20-cv-07648-MAS-DEA |

**MOTION FOR LEAVE TO WITHDRAW**
**PRO HAC VICE ADMISSION OF KEVIN T. BARNETT**

PLEASE TAKE NOTICE that Kevin T. Barnett of Covington & Burling LLP hereby withdraws his appearance as counsel for Defendant-Intervenor Illumina, Inc. and respectfully requests that his name be removed from the docket and the ECF distribution list for this action. David Luttinger, counsel from Covington & Burling LLP, will continue to serve as counsel for Illumina in this action and no existing deadlines will be affected by his withdrawal.

Dated: April 23, 2021          COVINGTON & BURLING LLP

Dated: February 1, 2021          Respectfully submitted,

  /s/ David A. Luttinger Jr.
David A. Luttinger, Jr.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
dluttinger@cov.com

Kevin T. Barnett (pro hac vice)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
kbarnett@cov.com

*Attorneys for Defendant-Intervenor, Illumina, Inc.*