RACHAEL A. HONIG
Acting United States Attorney
PETER VIZCARRONDO
KRISTIN VASSALLO
Assistant United States Attorneys
401 Market Street, 4th Floor
Camden, New Jersey 08101
peter.vizcarrondo@usdoj.gov
kristin.vassallo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONIB ZIRVI, M.D., PH.D, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> *Defendants*. | HON. MICHAEL A. SHIPP <br><br> Civil Action No. 20-7648 (MAS)(DEA) <br><br> DEFENDANTS' STATEMENT OF THIRD-PARTY LITIGATION FUNDING |

In accordance with Local Civil Rule 7.1.1, Defendants the United States National Institutes of Health, the United States National Institutes of Standards and Technology, and the United States Patent and Trademark Office hereby disclose that they do not have a third-party funding arrangement in this case.

Dated: Newark, New Jersey
         July 28, 2021

                                        RACHAEL A. HONIG
                                        Acting United States Attorney

                                By:     /s/ Kristin L. Vassallo
                                        PETER VIZCARRONDO
                                        KRISTIN L. VASSALLO
                                        Assistant United States Attorneys