UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **MONIB ZIRVI, M.D., PH.D** | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No.: 3:20-cv-07648 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES NATIONAL INSTITUTES OF HEALTH, UNITED STATES NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, and UNITED STATES PATENT AND TRADEMARK OFFICE | ) ) ) ) ) | Hon. Zahid N. Quraishi U.S.D.J.  Hon. Douglas E. Arpert U.S.M.J. |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ILLUMINA, INC. | ) | |
| | ) | |
| Defendant–Intervenor | ) | |

## PLAINTIFF'S STATEMENT OF THIRD-PARTY LITIGATION FUNDING

In accordance with Local Civil Rule 7.1.1, Plaintiff Monib Zirvi, M.D., Ph.D., hereby discloses that he does not have a third-party funding arrangement in this case.

Dated: August 2, 2021

<u>/s/ Thomas M. Kenny, Esq.</u>
Thomas M. Kenny, Esq.
SPIRO HARRISON
830 Morris Turnpike, Second Floor
Short Hills, NJ 07078
(973) 232-0881
tkenny@spiroharrison.com
Attorneys for Plaintiff